IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
: CR. No. 06-145 ML
:
v. : In Violation of
: 18 U.S.C. § 922(a)(6)
:
HOMMY ACEVEDO :

INFORMATION

The United States Attorney charges that:

COUNT 1

On or about June 7, 2006, in the District of Rhode Island, the defendant, HOMMY ACEVEDO, in connection with his acquisition of a firearm, to wit: a Taurus Model PT-58 .380 caliber semi-automatic pistol, serial number KI122634; from D & L Shooting Supplies, Inc., a licensed dealer, FFL # 605003018F02185, knowingly made a false and fictitious written statement to D & L Shooting Supplies, Inc., which statement was intended to deceive and likely to deceive D & L Shooting Supplies, Inc. as to a fact material to the lawfulness of such acquisition of a firearm, in that the defendant represented that he was the actual buyer of the firearm when in fact the defendant was buying the firearm for another person, in violation of 18 U.S.C. § 922(a)(6).

COUNT 2

On or about June 20, 2006, in the District of Rhode Island, the defendant, HOMMY ACEVEDO, in connection with his acquisition

of a firearm, to wit: a Hi Point 9 millimeter semi-automatic pistol, serial number SN P1296582; from D & L Shooting Supplies, Inc., a licensed dealer, FFL # 605003018F02185; knowingly made a false and fictitious written statement to D & L Shooting Supplies, Inc., which statement was intended to deceive and likely to deceive D & L Shooting Supplies, Inc. as to a fact material to the lawfulness of such acquisition of a firearm, in that the defendant represented that he was the actual buyer of the firearm when in fact the defendant was buying the firearm for another person, in violation of 18 U.S.C. § 922(a)(6).

COUNT 3

On or about June 30, 2006, in the District of Rhode Island, the defendant, HOMMY ACEVEDO, in connection with his acquisition of a firearm, to wit: a Jimenez JA Nine 9 millimeter semi-automatic pistol, serial number 012755; from Continental Gun Engraving, Inc., a licensed dealer, FFL # 33594, knowingly made a false and fictitious written statement to Continental Gun Engraving, Inc., which statement was intended to deceive and likely to deceive Continental Gun Engraving, Inc., as to a fact material to the lawfulness of such acquisition of a firearm, in that the defendant represented that he was the actual buyer of the firearm when in fact the defendant was buying the firearm for another person, in violation of 18 U.S.C. § 922(a)(6).

## FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Counts I, II and III of this Information, the defendant, HOMEY ACEVEDO, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) the firearms identified in Counts I, II and III of the Information.

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

LUIS M. MATOS
Assistant U.S. Attorney
Criminal Division Chief

Date: 12/13/06