AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States of America
v.
Hommy Acevedo

APPEARANCE

CASE NUMBER: CR 06 - 145ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Hommy Acevedo

I certify that I am admitted to practice in this court.

12/20/06
*Date*

[signature]
*Signature*

Joseph J Voccola
*Print Name*

4132
*R.I. Bar Number*

454 BROADWAY
*Address*

PROV. R.I. 02909
*City* *State* *Zip Code*

751-3900
*Phone Number*

751-8983
*Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.