O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
HOMMY ACEVEDO

## WAIVER OF INDICTMENT

CASE NUMBER: CR 06- 145ML

I, Hommy Acevedo, the above named defendant, who is accused of

3 counts of knowingly and intentionally making false statements to deceive federally licensed firearms dealers in connection with the purchase and acquisition of firearms, in violation of Title 18, United States Code, Section 922(a)(6)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on December 20, 2006 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Hommy Acevedo
Defendant

Joseph J. Voccola
Counsel for Defendant

Before David L. Martin
Judicial Officer
USMJ