PROB12C
(1/03)

# United States District Court
**for**
## The District of Rhode Island

## Amended Petition for Summons for Offender Under Supervision

**Name of Offender:** Hommy Acevedo **Case Number:** 1:06-CR-145-01

**Name of Sentencing Judicial Officer:** Honorable Mary M. Lisi

**Date of Original Sentence:** April 13, 2007

**Original Offense:** Counts 1: Knowingly and Intentionally Making Flase Statements on a Firearms Application, in violation of Title 18, U.S.C., Section 922(a)(6), a Class C Felony

**Original Sentence:** Three years probation with the first six months on home confinement and special conditions for mental health and substance abuse treatment and testing conditions.

**Type of Supervision:** Probation **Date Supervision Commenced:** April 13, 2007

**Assistant U.S. Attorney:** Peter F. Neronha **Defense Attorney:** Joseph J. Voccola

---

### PETITIONING THE COURT

☒ To issue a **Summons**

The probation officer believes that the offender has violated the following condition of supervision:

| Condition Violated | Nature of Noncompliance |
|---|---|
| Standard Condition | **The defendant shall refrain from any unlawful use of a controlled substance.**<br>On May 8, May 21, June 25, July 11, August 3, and October 10, 2007, the offender unlawfully used marihuana as evidenced by his own admissions and positive urinalysis test results for THC, an indication of marihuana use. |
| Special Condition | **The defendant shall participate in and satisfactorily complete a program of substance abuse treatment, to include periodic testing.** |

On the indicated dates, the offender failed to participate in substance abuse treatment as evidenced by verbal and written reports from Adcare Hospital of Worcester: 11/07/07-No show (showed for drug tests on 11/14/07, 11/21/07, 11/28/07); 12/12/07-Cancelled, illness; 12/19/07-Cancelled; 12/26/07-Cancelled for work (showed for drug test on 12/05/07); 01/04/08-No show; 01/23/08-Showed 45 minutes late, was not seen (showed for drug tests on 01/16/08 and 01/23/08); 02/20/08-Cancelled.

**Special Condition** **The defendant shall participate in and satisfactorily complete a program of mental health treatment as approved by the U.S. Probation Office.**

On the indicated dates, the offender failed to participate in a mental health treatment program as evidenced by verbal and written reports from Fellowship Health Resources: 11/21/07-Cancelled 4 hours prior due to family issues; 11/28/07-No show; 12/12/07-Cancelled; 12/27/07-No show; 01/02/08-No show; 01/09/08-Cancelled; 01/16/08-Cancelled; 02/13/08-Cancelled; 02/14/08-No show 02/20/08-Cancelled; 03/12/08-Cancelled; 03/20/08-No show. In addition, on March 24, 2008, the offender was discharged from mental health treatment for failing to comply with treatment.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Summons so that the probationer can appear and answer to the alleged violation.

Reviewed and Approved by:

[signature]

Maureen Bradley
Supervising U.S. Probation Officer

Date: 3/28/08

I declare under the penalty of perjury that the foregoing is true and correct:

[signature]

Brian Pletcher
Senior U.S. Probation Officer

Date: 3/28/08

## The Court Orders

- ☐ No Action
- ☐ The Issuance of a Warrant
- ☑ The Issuance of a Summons
- ☐ Other

[signature]

Honorable Mary M. Lisi
Chief U.S. District Judge

March 31, 2008
Date