UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 06-0145 ML |
| | ) | |
| HOMMY ACEVEDO | ) | |

---

MOTION FOR LEAVE TO TRAVEL

Now comes Hommy Acevedo, the Defendant in the above captioned matter, and moves this Honorable Court to allow him to travel beyond the restrictions of his supervised release, in particular to and from Puerto Rico, in July, 2008. Mr. Acevedo submits the attached memorandum in support of this request.

Respectfully submitted
Hommy Acevedo
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Brian Pletcher, USPO on May 21, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 06-0145 ML |
| | ) | |
| HOMMY ACEVEDO | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO TRAVEL

Mr. Acevedo has moved this Court to allow him to travel to and from Puerto Rico while he is on supervised release. Mr. Acevedo is planning on traveling with his family to Puerto Rico for the purpose of visiting with his grandparents. He will fly to the island on July 9, and plans on returning to Rhode Island on July 26, 2008. Mr. Acevedo wants to make this trip now because his grandparents are in poor health. He did lose a grandparent within the last year while he has been on supervision. Mr. Acevedo is mindful of his supervision conditions and will certainly comply with any restrictions the Court would like to set for the duration of this trip.

Respectfully submitted
Hommy Acevedo
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Brian Pletcher, USPO on May 21, 2008.

/s/ Kevin J. Fitzgerald