**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR No. 06-145ML** |
| | : | |
| **HOMMY ACEVEDO** | : | |

**GOVERNMENT'S OPPOSITION TO**
**DEFENDANT'S MOTION FOR LEAVE TO TRAVEL**

The defendant, presently on probation and with an open violation against him, has moved this Court for permission to travel outside the District of Rhode Island, to Puerto Rico, for the period July 9, 2008 through July 26, 2008. The government opposes the motion, for the reasons set forth below.

On January 17, 2007, the defendant pleaded guilty to three counts of knowingly and intentionally making false statements on a firearms application, in violation of Title 18, United States Code, Section 922(a)(6). During a sentencing hearing on April 13, 2007, this Court granted the defendant's motion for downward departure, and placed him on probation for three years. The conditions of the defendant's probation included substance abuse treatment, random drug testing, and mental health treatment. Now, a year or so later, in support of a motion for leave to travel, the defendant states that he is "mindful of his supervision conditions." If so, this is a rather recent occurrence. The defendant is presently in a violation status, and his recent track record is less than stellar.

The travel of this case, post-sentencing, is as follows. On October 24, 2007, the United States Office of Probation filed a Probation Violation Report, alleging that the defendant had violated the conditions of his probation by virtue of several positive urinalysis tests for THC, an indication of marijuana use. On November 8, 2007, the defendant admitted the violation, and the Court (Martin, M.J.) continued sentencing for ninety days, in effect giving the defendant an opportunity to right the ship. On March 28, 2008, the Office of Probation issued an Amended Violation Report, alleging that the defendant had again violated the conditions of his probation by missing several substance abuse and mental health treatment sessions. The Amended Report did not allege any additional positive drug tests. On April 4, 2008, the defendant admitted the violations alleged in the Amended Petition. The Court (Martin, M.J) continued the case until May 2, 2008, ordered the defendant to provide the Office of Probation with proof of his employment, and ordered him to comply with all of the conditions of his probation. On May 2, 2008, the Court (Martin, M.J.), acknowledging that the defendant had remained employed and had had no additional positive drug tests, continued the matter to August 5, 2008, for sentencing. The Court stated that if the defendant was in compliance with the conditions of his probation as of that date, the Court would recommend to the District Court (Lisi, C.J.) that no term of imprisonment be imposed.

The defendant now asks this Court for permission to leave the District of Rhode Island and travel to Puerto Rico for more than two

weeks. The difficulty for the defendant, however, is that since May 2, 2008, he has not been in complete compliance with the conditions of his probation. Based on information received from the Office of Probation, he appears to have attended the required substance abuse and mental health counseling sessions, although his pattern of cancelling and rescheduling sessions apparently continues. More troubling, however, is his positive test for THC in late May. The government submits that, on balance, given the defendant's positive drug test and open violation status, his motion for leave to travel should be denied. Instead, he should be required to remain in the District of Rhode Island and do what the Court has repeatedly ordered him to do: refrain from using marijuana and consistently attend his counseling sessions.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza - 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov

Dated: June 17, 2008

Certificate of Service

I hereby certify that on the 17th day of June, 2008, I caused a copy of the within "Government's Opposition To Defendant's Motion For Leave To Travel" to be served by way of the Electronic Case Filing system upon Kevin Fitzgerald, Esq., Assistant Federal Defender and counsel for the defendant.

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza - 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov