UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 06-0145 ML |
| | ) | |
| HOMMY ACEVEDO | ) | |

MOTION FOR LEAVE TO TRAVEL

Now comes Hommy Acevedo, the Defendant in the above captioned matter, and moves this Honorable Court to allow him to travel beyond the restrictions of his supervised release, in particular to and from Puerto Rico, in July, 2008. Mr. Acevedo submits the attached memorandum in support of this request.

Respectfully submitted
Hommy Acevedo
By his attorney,

DENIED
Mary M. Lisi
Mary M. Lisi
U.S.D.J. June 18, 2008

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Brian Pletcher, USPO on May 21, 2008.

/s/ Kevin J. Fitzgerald