UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**United States of America**

**v.** **Cr. No. 1:06CR00145-01ML**

**Hommy Acevedo**

**ORDER AMENDING CONDITIONS OF PROBATION**

**Pursuant to the hearing held before Chief Judge Mary M. Lisi on Friday, September 5, 2008, and in accordance with Rule 32.1(c) of the Federal Rules of Criminal Procedure and Title 18, United States Code § 3565(a)(1), the conditions of probation as previously ordered by this Court on April 13, 2007, are amended to include the following:**

**The defendant shall reside at and participate in a community confinement program at the Coolidge House Comprehensive Sanctions Center for a period of sixty (60) days, and shall comply with all program rules, regulations, and staff instructions relevant to said program.**

Enter:

Mary M. Lisi
Chief U.S. District Judge
September 5, 2008

Per Order:

Deputy Clerk
September 5, 2008